### FOSTER *v.* SUTLIVE.

SIMMONS, C. J.   1. When the assignee of a chose in action brings suit thereon, the petition should allege that the assignment was in writing; and a demurrer to the petition because of the want of such an allegation should have been sustained. *Hartford Ins. Co.* v. *Amos,* 98 *Ga.* 533, and cases cited.

2. The demurrer to the petition having been erroneously overruled, all occurring upon the trial was nugatory.

                    *Judgment reversed.   All the Justices concurring.*

            Argued November 2, 1899.—Decided January 26, 1900.

Complaint.   Before Judge Sheffield.   Clay superior court. September term, 1898.

*W. A. Scott,* for plaintiff in error.

---

### TURNER *v.* LUMPKIN & DUNHAM *et al.*

SIMMONS, C. J.   Under the facts disclosed by the record, there was no abuse of discretion in refusing an injunction.

                    *Judgment affirmed.   All the Justices concurring.*

            Submitted December 5, 1899.— Decided January 27, 1900.

Petition for injunction.   Before Judge Butt.   Marion county.   October 7, 1899.

*Simeon Blue,* for plaintiff.
*George P. Munro* and *T. T. Miller,* for defendants.